IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ST. JOHN'S DELIVERANCE TEMPLE, | : |
|     Plaintiff, | : |
| vs. | :   Civil Action No. 11-0624-KD-C |
| FRONTIER ADJUSTERS, et al., | : |
|     Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 27, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** this the 8th day of March, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE